No. 01–5316. HANSEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5317. FIELDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5318. GOMEZ GUTIERREZ v. UNITED STATES; ARELLANO-CAMACHO v. UNITED STATES; CRUZ, AKA DOE v. UNITED STATES; GUZMAN DE PAZ, AKA ROJAS v. UNITED STATES; ISLAS-BRAVO v. UNITED STATES; LOPEZ-GUTIERREZ v. UNITED STATES; SANTIAGO-HERNANDEZ, AKA HERNANDEZ v. UNITED STATES; and TAFOYA-GONZALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 3 Fed. Appx. 656 (seventh judgment); 10 Fed. Appx. 593 (eighth judgment).

No. 01–5319. BROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5320. ALSOP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5321. PENIGAR v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5322. MILLINES v. HATCHER ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5323. CHAPMAN v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5324. AMBROSIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5325. BENITEZ-VILLAFUERTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5326. DEATON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5327. JAMBU v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5329. CORE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.